UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br>  v.<br><br>AUTOZONE, INC., et al.,<br><br>  Defendants. | Case No.  1:22-cv-00783-EPG<br><br>ORDER RE: STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 7) |

This matter is before the Court on the parties' stipulation to continue the scheduling conference set for October 25, 2022. (ECF No. 7). As grounds, the parties state that they "are actively engaging in settlement negotiations and desire additional time to explore settlement before incurring additional attorneys' fees" and thus they "stipulate and respectfully request the Court continue the Scheduling Conference for a period of 30-45 days." (*Id.* at 2).

\\\

\\\

\\\

\\\

\\\

1

Based on the parties' stipulation (ECF No. 7), IT IS ORDERED as follows:

1. The scheduling conference currently set for October 25, 2022, is continued to December 15, 2022, at 10 a.m.

2. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

3. The parties are reminded to file a joint scheduling report one week prior to the scheduling conference and email a copy of same, in Word format, to the following email address, epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:   **October 19, 2022**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE