UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOZONE, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00783-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 14) |

On February 17, 2023, the parties filed a stipulation dismissing this action with prejudice and without an award of costs and attorneys' fees. (ECF No. 14). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:  **February 21, 2023**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1